# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CR479 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROBERT MORIMOTO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time by defendant Robert Morimoto (Morimoto) (Filing No. 38). Morimoto seeks additional time in which to file pretrial motions in accordance with the progression order. The motion will be held in abeyance pending the filing of the Morimoto's affidavit in accordance with Paragraph 9 of the Progression Order (Filing No. 13). In the absence of such filing **on or before January 23, 2009**, the motion may be denied.

**IT IS SO ORDERED.**

DATED this 20th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge